**UNITED STATES of America,
Plaintiff—Appellee,**

**v.**

**Robert BENTON, Jr., Defendant—
Appellant.**

**No. 08–7142.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 26, 2009.

Decided: March 5, 2009.

Robert Benton, Jr., Appellant Pro Se. William E. Day, II, Assistant United States Attorney, Florence, South Carolina, for Appellee.

Before NIEMEYER, MICHAEL, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Benton, Jr., appeals the district court's order denying his motion filed pursuant to 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Benton,* No. 4:97–cr–00866–CMC–1 (D.S.C. June 12, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*